Index # 08-2376
Purchased/Filed: May 19, 2008

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

| State of New York | U. S. District Court | County |
|---|---|---|

Eileen Rodriguez and Lateesha Amons                                    Plaintiff

against

Master Cars USA, Inc.; et al                                                    Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY       )

**DESCRIPTION OF PERSON SERVED:**       Approx. Age: 45 Yrs.

Weight: 120 Lbs.   Height: 5' 0"   Sex: Female   Color of skin: White

Hair color: Brown   Other: _____

_____ Robin Brandow _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on May 29, 2008, at 12:15 pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

_____ Summons in a Civil Action & Complaint _____ on

_____ Master Cars USA, Inc. _____, the Defendant in this action, by delivering to and leaving with _____ Carol Vogt _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

29 th day of   May, 2008

*Faith Cozzy* (signature)
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

*Robin Brandow* (signature)
Robin Brandow

Invoice•Work Order # 0810236

```
State of New York - Department of State
              Receipt for Service

Receipt #:    200805290296                Cash #: 200805290284
Date of Service: 05/29/2008           Fee Paid: $40 - CHECK
Service Company: 02 ALEXANDER POOLE & CO., INC. - 02

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS
                                              CORPORATION LAW

Party Served:  MASTER CARS USA, INC.

Plaintiff/Petitioner:
               RODRIGUEZ, EILEEN

Service of Process Address:
STON GOLTCHE PC
240 MADISON AVE
7TH FL
NEW YORK, NY 10018

                                          Secretary of State
                                          By CAROL VOGT
```