United States District Court
District of New Jersey

## LETTER-ORDER ORIGINAL FILED WITH THE CLERK OF COURT

June 23, 2008

Shmuel B. Klein, Esq.
Law Ofice of Shmuel Klein
113 Cedarhill Avenue
Mahawah, NJ 07430

Re:   Eileen Rodriguez, et al v. Master Cars USA, Inc., et al
      Civil Action No. 08-2376 (JLL)

Dear Counsel:

Our records indicate that a proof of service has been filed in this civil action and that the time for defendant, Master Cars USA, Inc., to answer has expired.

You are hereby directed to move this civil action, by requesting that a default and default judgment be entered or submitting an extension to answer out of time, within ten (10) days from the date hereof. **Should you fail to do so, this action shall be listed for dismissal on Thursday, July 3, 2008 at 9:00 a.m.**

**SO ORDERED**

Jose L. Linares, U.S.D.J.

cc:   Hon. Claire C. Cecchi, U.S.M.J.