Law Office of Shmuel Klein, PC
Attorneys for Plaintiff
113 Cedarhill Ave.,
Mahwah, New Jersey 07430
(201) 529-3411

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------x
EILEEN RODRIGUEZ
LATEESHA AMONS

       Plaintiffs,

vs.

MASTER CARS USA, INC.,
MASTERS MOTOR SPORTS,
ARMIN BARATIAN,
MARK B., SHAWN, JACK,
NORMAN, HSBC AUTO FINANCE,
and JOHN DOE 1-10, XYZ, INC 1-10,
ten names being fictitious and
unknown to the plaintiffs, the person
or parties intended being the persons
or parties, if any,
       Defendants.
---------------------------------------x

CASE NO. 08-2376(JLL)

**CLERK'S CERTIFICATE**

I, _____ Clerk of the United States District Court for the District of New Jersey, do hereby certify that this action commenced on May 15, 2008 with the filing of a summons and Defendant Master Cars USA, Inc. was served with the Summons and Complaint on May 29, 2008 by service upon the secretary of state of New York. Defendant Master Cars USA, Inc. did not answer the Complaint and the time for having answered the Complaint is now expired.

I further certify that the docket entries indicate that the defendant has not filed an Answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: 7/2/08
Newark, New Jersey

Clerk of the Court
By: _____
Deputy Clerk